**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Laura J. Marabito, SBN 232381
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendant
WILLIAM LOSCOTOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO. 2:06-CV-01586- WBS GGH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANT FULTON COLLISION CENTER, INC.** |
| v. | |
| WILLIAM LOSCOTOFF; FULTON COLLISION CENTER, INC., Individually and d/b/a FULTON COLLISION CENTER; and DOES 1 through 10, inclusive, | |
| Defendants. / | Complaint Filed:   July 17, 2006 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff SCOTT JOHNSON, and Defendants WILLIAM LOSCOTOFF and FULTON COLLISION CENTER, INC., individually and dba FULTON COLLISION CENTER, that said Defendant will have a fourteen-day extension of time up to and including September 5, 2006 within which to file an Answer to Plaintiff's Complaint.

/ / /

/ / /

1

Dated: August 21, 2006            PORTER, SCOTT, WEIBERG & DELEHANT
                                  A Professional Corporation


                                  By /s/ Laura J. Marabito
                                        Jennifer E. Duggan
                                        Laura J. Marabito
                                        Attorneys for Defendant


Dated: August 21, 2006            LAW OFFICE OF SCOTT JOHNSON


                                  By /s/ Scott Johnson
                                        Scott Johnson
                                        Attorney for Plaintiff


IT IS SO ORDERED:

8/23/06                                    /s/ Gregory G. Hollows

                                           U.S. Magistrate Judge


johnson1586.ord