**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Laura J. Marabito, SBN 232381
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendant
WILLIAM LOSCOTOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO. 2:06-CV-01586- WBS GGH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANT FULTON COLLISION CENTER, INC.** |
| v. | |
| WILLIAM LOSCOTOFF; FULTON COLLISION CENTER, INC., Individually and d/b/a FULTON COLLISION CENTER; and DOES 1 through 10, inclusive, | |
| Defendants.                                / | Complaint Filed:     July 17, 2006 |

   IT IS HEREBY STIPULATED and agreed by and between Plaintiff SCOTT JOHNSON, and Defendants WILLIAM LOSCOTOFF and FULTON COLLISION CENTER, INC., individually and dba FULTON COLLISION CENTER, that said Defendant will have a fourteen-day extension of time up to and including September 5, 2006 within which to file an Answer to Plaintiff's Complaint.

/ / /

/ / /

Dated: August 21, 2006                     PORTER, SCOTT, WEIBERG & DELEHANT
                                           A Professional Corporation


                                           By /s/ Laura J. Marabito
                                                Jennifer E. Duggan
                                                Laura J. Marabito
                                                Attorneys for Defendant


Dated: August 21, 2006                     LAW OFFICE OF SCOTT JOHNSON


                                           By /s/ Scott Johnson
                                                Scott Johnson
                                                Attorney for Plaintiff


IT IS SO ORDERED:

Dated:  August 23, 2006

                                           _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT ON
00450141.WPD       BEHALF OF DEFENDANT FULTON COLLISION CENTER, INC.